# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2019

159093

SAMUEL JEROME,
           Plaintiff-Appellant,

v

MICHAEL CRUM and CITY OF BERKLEY,
           Defendants-Appellees.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159093
COA: 335328
Oakland CC: 2015-148401-CZ

On order of the Court, the application for leave to appeal the December 27, 2018 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the circuit court erroneously granted summary disposition to the defendants on the ground of collateral estoppel. In addition to the briefs, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellees shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellees' brief. The parties should not submit mere restatements of their application papers.



t1001

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2019



Clerk